**No. 65083.**—Levin Bros. *v.* United States, protest 60/15155 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of glass ornamental novelties similar in all material respects to those the subject of Abstract 62984, the claim of the plaintiff was sustained.

**No. 65084.**—Louis Fischer, Inc. *v.* United States, protest 60/15451(B) (New York.

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of "rolled glass, obscured by coloring before solidification, ¼ inch or over but less than ½ inch in thickness, not containing any netting within itself, beveled," the claim of the plaintiff was sustained.